```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                     JONESBORO DIVISION
```

CAROLINE S. GANN                                              PLAINTIFF

V.                    CASE NO. 3:11CV00150 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED AND ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 1st day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE